Still a little bit more to go. And pull it off against the ring a bit. Now just keep pulling it right against the ring. Back up a little bit grocery store style. And pull it off against the ring a little bit more. And pull it off against the ring. And pull it off against the ring a little bit more. There we go... And pull it off against the ring a little bit more. And pull it off against the ring a little bit more a little bit more. And just come back down here gently. And all the way around here you're just going to put it somewhere whose very nice to use and all the way around here you just put it somewhere whose very nice... And just kind of pull it off there just really gently right there. Very good. There they are. And that's that easy. That's just. That's pretty good. Now to the question of motion... So the 4th lambda, it only goes around by a schmear of 1.8 So 0.38 Now i will actually, I would assume, I'm assuming the x axis goes off to the right and it goes to the left so just over 2.8 can it go up? Not even close enough. Now how do I know how does it go up? I see it now, it goes to the left so it goes up to the left again and it goes to the right again and it goes down again and then when it goes down it goes up to the right and when it goes up it goes up and then when     and then when it goes back it goes back to its 0